IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

REPSOL RENEWABLES DEVELOPMENT
COMPANY, LLC, AND JICARILLA SOLAR
1, LLC,

    Plaintiffs,

vs.

TRISURA INSURANCE COMPANY,

    Defendant.

Civil No. 1:24-cv-00296-KRS-JMR

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER has come before the Court upon Plaintiffs' and Defendant's Joint Motion to Dismiss with Prejudice ("Motion"), (Doc 43), filed September 20, 2024. The Court, having considered the Motion, hereby finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Original Complaint for Breach of Contract, Violation of New Mexico Insurance Code, and Insurance Bad Faith (Doc. 1-1) is hereby **DISMISSED WITH PREJUDICE**, and all claims brought or that could have been brought against Defendant in the above-captioned cause of action are dismissed in their entirety, with prejudice.

    **IT IS SO ORDERED**.

_____
HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE